## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ROYA EFTEKHARY, an individual | ) | Case No. 13 B 16654 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |
| | ) | |
| | ) | Hearing: May 13, 2014 at 10:00 a.m. |

### NOTICE OF MOTION

To:   See attached service list

PLEASE TAKE NOTICE that on **May 13, 2014 at 10:00 a.m.,** I shall appear before the Honorable Judge Pamela S. Hollis or any other Judge sitting in her stead, in Courtroom 644, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall then and there present the Debtor's Chapter 11 Attorney's **Fifth and Final Application for Compensation for Professional Services and Reimbursement of Expenses,** a copy of which is enclosed and is herewith served upon you, and at which time and place you may appear and be heard.

/s/ Forrest L. Ingram
One of Debtor's attorneys

Forrest L. Ingram #3129032
FORREST L. INGRAM P.C.
79 West Monroe, Suite 1007
Chicago, Illinois 60603
(312) 759-2838

### CERTIFICATE OF SERVICE

I, Forrest L. Ingram, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service at the addresses listed below, by electronic filing through CM/ECF or by US Mail, as set forth on the attached service list, at or before 5:00 p.m. on April 16, 2014

/s/ Forrest L. Ingram

## Service List

**Via CM/ECF:**

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604-2027

Andrew J. Maxwell
 105 West Adams Street
 Suite 3200
Chicago, IL 60603

The Bank of New York Mellon, as Trustee for
Bear Stearns Asset Backed Securities Trust 2003-AC4
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

Itasca Bank & Trust Co.
c/o Regas, Frezados & Dallas
111 West Washington Street, Suite 1525
Chicago, IL 60602-2727

Itasca Bank & Trust Co.
c/o Robbins, Salomon & Patt, Ltd.
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601

U.S. Bank N. A., as trustee for certificate holders of
Bear Stearns Asset Backed Securities I, LLC,
Asset Backed Certificates, Series 2007-HE3
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

Wells Fargo Bank N.A.
c/o Codilis & Associates PC
15W030 North Frontage Road Suite 100
Burr Ridge, IL 60527-6921

Wells Fargo Bank, N.A.
c/o Pierce & Associates
1 N. Dearborn Ste 1300
Chicago, IL 60602-4373

**<u>Via US Mail</u>**

Roya Eftekhary
1415 Michelline Court
Hoffman Estates, IL 60192

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ROYA EFTEKHARY, an individual | ) | Case No. 13 B 16654 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |
| | ) | |
| | ) | Hearing: **May 13, 2014 at 10:00 a.m.**. |

**Fifth and Final Application for Compensation for Professional Services and Reimbursement of Expenses,**

Forrest L. Ingram, P.C. (hereinafter "Applicant"), duly appointed chapter 11 counsel for Debtor Roya Eftekhary, ("Debtor"), makes its Fifth and Final Application for Compensation ("Application") under § 331 of the United States Bankruptcy Code, Federal Rule of Bankruptcy 2016, and Local Rule 5082-1. This Court has jurisdiction over the subject matter of this Application under 28 U.S.C. § 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

The Applicant requests that the Court enter an order allowing compensation for legal services rendered totaling $5,215.50 and reimbursement expenses of $0.00 for services rendered from January 1, 2014 to February 11, 2014. In support of this Application, Applicant states as follows:

**Narrative Summary of Services Provided by Applicant**

1. On April 12, 2013 the Debtor entered into an engagement agreement with Applicant for her Chapter 11 case.

2. On behalf of the Debtor, Applicant filed a petition for relief under Chapter 11 of the Bankruptcy Code on April 22, 2013 ("Petition Date").

3. The Court entered an order on May 30, 2013 authorizing the Debtor to employ Applicant as her attorney in Chapter 11, retroactive to April 22, 2013. A copy of the order is attached as **Exhibit A.**

4. Applicant has filed four previous fee applications in this case, and orders awarding the fees were entered on on July 25, 2013, October 1, 2013, December 10, 2013, and February 4, 2014, covering services rendered from the May 1, 2013 through December 31, 2013.

5. On February 11, 2014, the case was converted to a case under Chapter 7. The fees sought are for services rendered prior to the date of conversion.

6. The times and chronology of the Applicant's services for the period beginning January 1, 2014 through February 11, 2014 are scheduled in detail to the tenth of an hour and arranged *by natures* in attached **Exhibit B**. A copy of Exhibit B has been sent to the Debtor and the chapter 7 Trustee for review prior to the hearing.

7. Applicant's billing detail, arranged *by attorneys*, is attached as **Exhibit C**.

8. A brief description of the credentials of each employee of Forrest L. Ingram, P.C., for whom compensation is sought, is attached as **Exhibit D**.

9. All services for which compensation is requested were in connection with the chapter 11 bankruptcy proceedings. All services performed after the commencement of this case were in connection with the performance of duties of the Debtor and Debtor in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

10. The services rendered by Applicant were directly related to and necessary for the Debtor's Chapter 11 case, including but not limited to: corresponding and advising Debtor regarding her Chapter 11 case, drafting and filing motions on behalf of the Debtor, and appearing on the Debtor's behalf in court.

5

11. Applicant's customary fees include actual compensation for time and services, fixed overhead, salaries, and unallocable costs.

### Summary of Hourly Services Organized by Nature

12. The Applicant's attorneys provided a total of approximately 21.8 hours of service, detailed by nature in Exhibit B. A brief summary of these services follows:

   a. *Administrative Matters (Admin)*: Approximately 7.6 hours of time and services were rendered in connection with matters that were administrative in nature including, but not limited to, prepared for meeting with client and reviewing docket report, appearing in court, and communicating and meeting with the client and co-counsel. For these services, Applicant seeks $1,170.00

   b. *Contested Matter (CM)*: Approximately 6.0 hours of time and services were rendered in connection with contested matters including, but not limited to, appearing court re motion to stay, organizing associate and co-counsel concerning various motions to be drafted and filed, and reviewing objection from creditor. For these services, Applicant seeks $2,700.00.

   c. *Fee Application (Fee)*: Approximately 3.9 hours of time and services were rendered in connection with research matters including, but not limited to, drafting, reviewing, and editing the fee application, reviewing objections to the fee application, and drafting and filing responses to the objections. For these services, Applicant seeks $700.00.

   d. *Research (Resrch)*: Approximately 3.8 hours of time and services were rendered in connection with research matters including, but not limited to, filing objection to plan. For these services, Applicant seeks $375.00.

e. *Sale of Real Estate (SaleRE)*: Approximately 0.2 hours of time and services were rendered in connection with sale of real estate matters including, but not limited to, reviewing email from Wells Fargo attorney. For such services, Applicant seeks $90.00.

f. *Trustee (Trste):* Approximately 0.4 hours of tie and service were rendered in connection with trustee communications. For such services, Applicant seeks $180.00.

**Summary of Hourly Services Organized by Employees**

13. The Applicants' attorneys provided a total of approximately 21.8 hours of service, detailed by employee in Exhibit C. The breakdown of attorney/clerk time is as follows:

a. Forrest L. Ingram (FLI) provided approximately 8.5 hours of service at $450.00 per hour, including all phases of the Chapter 11 case.

b. David A. Zulkey (DAZ) provided approximately 1.1 hours of service at $155.00 per hour, including all phases of the Chapter 11 case.

c. Clerk and Clerk 2 provided approximately 12.2 hours of service at $100.00 per hour, including all phases of the Chapter 11 case.

14. The Applicant has incurred $0 in expenses during this period.

15. This Application and a Notice of Hearing on the Application has been sent to the Debtor, the U.S. Trustee, creditors and all parties entitled to notice. A Notice of Hearing has been sent to all other creditors and a Certificate of Service has been filed with the Court. *See* **Exhibit E**.

16. Objections to this Application may be made in writing, filed with the Clerk of this Court, and sent to Forrest L. Ingram, P.C., 79 W. Monroe St., Suite 1007, Chicago, Illinois 60603, Fax No. 312.759.0298 on or before May 6, 2014.

17. Applicant requests a reasonable fee in the sum of $5,215.50.

**WHEREFORE,** Applicant requests that the Court conduct an appropriate hearing on this Application and allow the reasonable fee to Applicants in the sum of $5,215.50 for legal services and $0 in reimbursement expenses for the period from January 1, 2014 through February 11, 2014, for a total of $5,215.50. Applicant asks for such other and further relief as the Court deems just and appropriate.

Dated: April 16, 2014

                                                    Respectfully submitted,
                                                    Chapter 11 Counsel for Roya Eftekhary

                                                    /s/ Forrest L. Ingram
                                                    One of the Debtor's Ch. 11 Attorneys

Forrest L. Ingram #3129032
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 1007
Chicago, IL 60603
312.759.2838 phone
312.759.0298 fax