UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13 B 16654 |
| | ) | |
| ROYA EFTEKHARY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO FORREST L. INGRAM, P.C., ATTORNEYS FOR CHAPTER 11 DEBTOR, ALLOWANCE AND PAYMENT OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 152]**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 5,215.00 | TOTAL COSTS REQUESTED: | $ 0 |
| TOTAL FEES REDUCED: | $ 185.00 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 5,030.00 | TOTAL COSTS ALLOWED: | $ 0 |

**TOTAL FEES AND COSTS ALLOWED:  $ 5,030.00**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(7) Lumping**

The court may impose a ten percent penalty for "lumping." In re Wildman, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [Citation omitted.] Each type of service should be listed with the corresponding specific time allotment.").

**(8) Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); Souza v. Miguel, 32 F. 3rd 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical and routine messenger services).

**(9)    No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

IT IS SO ORDERED.

                                ENTERED:


Date:    MAY 15 2014            _____
                                PAMELA S. HOLLIS
                                United States Bankruptcy Judge

| | | Forrest L. Ingram, P.C. *Attorneys and Counsellors* 79 W. Monroe, Suite 1007 Chicago, IL 60603-4907 | Eftekhary Exhibit B | | |
|---|---|---|---|---|---|
| Date | Nature | Item | Atty | Time | Fee |
| 1/4/14 | Admin | Read and reviewed motion opposing counsel's Request to Concert Ch 11 to Ch 7 Bankruptcy proceeding. | DAZ | 0.4 | $62.00 |
| 1/4/14 | Admin | Read case Marrama V. Citizens Bank OF Mass, 549 U.S. 365 (2007) cited to by opposing councel's Request to Convert | DAZ | 0.4 | $62.00 |
| 1/6/14 | Admin | Explain status of case to new employees, including what needs to be done and when. (9) (-$45.00) | FLI | 0.1 | $45.00 |
| 1/10/14 | Admin | Exchange emails with client to set up meeting on Monday. | FLI | 0.1 | $45.00 |
| 1/13/14 | Admin | notice for comp. & reimbursemnt | DAZ | 0.3 | $46.50 |
| 1/16/14 | Admin | Revised service list and prepared notice mailings. | Clerk | 0.8 | $75.00 |
| 1/16/14 | Admin | Revised motion to dismiss and mailed notice to all creditors. (7) (-$15.00) | Clerk | 1.5 | $150.00 |
| 1/16/14 | Admin | Filed and mailed out copies of response objecting to motion to convert. (8) | Clerk | 0.8 | $75.00 (-$75.00) |
| 1/17/14 | Admin | Email to client re December opeerating report. | FLI | 0.1 | $45.00 |
| 1/17/14 | Admin | Review and downlad December operating report. Exchange emails with client re same. Correct format. | FLI | 0.2 | $90.00 |
| 1/20/14 | Admin | Reformatted Dec. 2013 operating reports (8) (-$50.00) | Clerk | 0.5 | $50.00 |
| 1/20/14 | Admin | Directed clerk to revise operating report for December and to incorporate bank statements and signature page. | FLI | 0.1 | $45.00 |
| 1/20/14 | Admin | Review revised and edited operating reports; direct clerk to make further changes. | FLI | 0.1 | $45.00 |
| 1/20/14 | Admin | Email to client re operating report. | FLI | 0.1 | $45.00 |
| 1/20/14 | Admin | File December operating reports. | FLI | 0.1 | $45.00 |
| 1/23/14 | Admin | Filed Amended Notice & Motion for Motion to Dismiss | Clerk2 | 2.0 | $200.00 |
| 1/24/14 | Admin | Exchange emails with client re renting property. | FLI | 0.1 | $45.00 |
| | | **Subtotal for Admin:** | | 7.6 | $1,170.50 |
| 1/3/14 | CM | Read Itasca's motion to convert to chapter 7. Send to client with request for a meeting to discuss strategies. | FLI | 0.2 | $90.00 |
| 1/15/14 | CM | Conference with client and Ehsan re dismissing chapter 11 case, responding to motion to convert, and payment of fees. | FLI | 0.5 | $225.00 |
| 1/15/14 | CM | Direct clerk to research cases that would support debtor's motion to dismiss. | FLI | 0.1 | $45.00 |
| 1/15/14 | CM | Discuss reearch with clerk re motion to dismiss chapter 11. | FLI | 0.3 | $135.00 |
| 1/16/14 | CM | Draft, revise, and print noticeof motion and motion to dismiss case. | FLI | 1.5 | $675.00 |
| 1/16/14 | CM | Draft response in opposition of Itasca Bank's motion to convert the case to chapter 7 | FLI | 1.0 | $450.00 |
| 1/16/14 | CM | File with court and email to client: response in opposition to Itasca Bank's motion to convert and notice of filing. Direct clerk to mail documents to all creditors. | FLI | 0.5 | $225.00 |
| 1/17/14 | CM | Exchange emails with EE and client re hearing on 2 motions and sale of 1 property. | FLI | 0.1 | $45.00 |
| 1/23/14 | CM | Court appeareance re motion to convert. Requested court to continue hearing and to combine it with hearing on debtor's motion to dismiss the case. Court granted debtor's request. | FLI | 0.5 | $225.00 |
| 1/23/14 | CM | Email to clilent re combined hearing on motion to convert and voluntary motion to dismiss, set for Feb. 11, 2014 at 10:30 A.M. | FLI | 0.2 | $90.00 |
| 2/10/14 | CM | Spoke with trustee re motion to dismiss chapter 11 case, scheduled for tomorrow. | FLI | 0.1 | $45.00 |