# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EFTEKHARY, ROYA | § | Case No. 13-16654 PSH |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 04/22/2013 .  The case was converted to one under Chapter 7 on  02/11/2014 .   The undersigned trustee was appointed on  02/11/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized gross receipts of                    $        583,538.99

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 172,924.55 |
| Bank service fees | 1,150.23 |
| Other payments to creditors | 177,900.25 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 17,400.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]                    $ | 214,163.96 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was  07/07/2014  and the deadline for filing governmental claims was  07/07/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 31,556.95 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 31,556.95 , for a total compensation of $ 31,556.95 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/07/2017_____      By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

**Exhibit A**

| | |
|---|---|
| Case No: | 13-16654   PSH   Judge: PAMELA S. HOLLIS |
| Case Name: | EFTEKHARY, ROYA |
| For Period Ending: | 04/07/17 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 02/11/14 (c) |
| 341(a) Meeting Date: | 04/02/14 |
| Claims Bar Date: | 07/07/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 2. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 3. Single family dwelling 2020 Carling Hoffman Estate stay modified for lenders and HOA | 250,000.00 | 0.00 | OA | 5,657.51 | FA |
| 4. Single family dwelling 1270 Newcastle Hoffman Esta stay modified for lender and HOA | 212,700.00 | 0.00 | OA | 0.00 | FA |
| 5. Townhome 916 Longboat Schaumburg, IL 60194 stay modified for lender | 105,000.00 | 0.00 | OA | 8,370.00 | FA |
| 6. Townhome 122 White Pine Shcaumburg, IL 60193 | 173,300.00 | 0.00 | OA | 1,200.00 | FA |
| 7. Single family dwelling 1345 Blair Hoffman Estates, | 250,000.00 | 0.00 | | 0.00 | FA |
| 8. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 9. Checking Acct xxxx1584 at PNC Bank | 20.00 | 0.00 | | 0.00 | FA |
| 10. Checking Acct. at American Charter Bank xxxx5179 | 30.00 | 0.00 | | 0.00 | FA |
| 11. Checking Acct at BMO Harris xxxx7812 | 45.00 | 0.00 | | 0.00 | FA |
| 12. Checking Acct at BMO Harris xxxx6468 | 18.00 | 0.00 | | 0.00 | FA |
| 13. Checking acct at Chase Bank xxxx9276 | 65.00 | 0.00 | | 0.00 | FA |
| 14. Household goods and furniture--2 sets of couches, | 2,500.00 | 0.00 | | 0.00 | FA |
| 15. Necessary wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. 1 fur coat and several pieces of jewelry. | 1,000.00 | 0.00 | | 0.00 | FA |
| 17. Whole life policy No. V3 009 233; possibly $200 le | 200.00 | 0.00 | | 0.00 | FA |
| 18. ROTH IRA account xxxx9967 | 5,487.35 | 0.00 | | 0.00 | FA |
| 19. Alimony | 750.00 | 0.00 | | 0.00 | FA |
| 20. 2008 Mercedes 350E (needs new breaks and new tires car has been turned over to American Auction to be included in a sale in late August 2015 | 15,000.00 | 12,600.00 | | 14,000.00 | FA |
| 21. Laptop computer | 120.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

**Exhibit A**

| Case No: | 13-16654 | PSH | Judge: PAMELA S. HOLLIS |
| --- | --- | --- | --- |
| Case Name: | EFTEKHARY, ROYA | | |

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- |
| Date Filed (f) or Converted (c): | 02/11/14 (c) |
| 341(a) Meeting Date: | 04/02/14 |
| Claims Bar Date: | 07/07/14 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. | equitable or future interests 1811 Dumont | 128,000.00 | 46,500.05 | | 108,551.00 | FA |
| | Debtor is trustee and primary benefciary of Land Trust # 8002349105 which owns real property located at: 1811 Dumont, Schaumburg, IL 60194 (moved from A to amended B) | | | | | |
| 23. | equitable or future interest  1807 Marquette | 64,800.00 | 89,344.84 | | 89,337.50 | FA |
| | Debtor is trustee and primary benefciary of Land Trust # 8002349105 which owns real property located at: 1807 Marquette, Hoffman Estates, IL 60195 (moved from A to amended B) | | | | | |
| 24. | equitable or future interest  1415 Michelline (u) | 365,000.00 | 356,422.98 | | 356,422.98 | FA |
| | Debtor is trustee and primary benefciary of Land Trust # 8002349105 which owns real property located at: 1415 Michelline Court, Hoffman Estates, IL 60192 (moved from A to amended B) | | | | | |
| 25. | Other Contingent divorce (u) | Unknown | 1.00 | | 0.00 | FA |
| | Pending divorce case against Hamid (Hank) Fatoorehchi, (added on amended B) | | | | | |
| 26. | Other Contingent fraud claim (u) | Unknown | 1.00 | | 0.00 | FA |
| | Potential lawsuit against Hamid(Hank) Fatoorechi and Itasca Bank re fraud and conspiracy to commit fraud (added on amended B at the value shown) | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,575,085.35 | $504,869.87 | | $583,538.99 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    3

**Exhibit A**

| | |
|---|---|
| Case No: | 13-16654    PSH    Judge: PAMELA S. HOLLIS |
| Case Name: | EFTEKHARY, ROYA |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 02/11/14 (c) |
| 341(a) Meeting Date: | 04/02/14 |
| Claims Bar Date: | 07/07/14 |

9 Objections to Claims were filed. scheduled for hearing11/17/16 the claim needs to be amended

TFR in progress, waiting for CLOBs

4-16 paid spouse's secured claim per order 2-18-16

employed accountant for tax returns 3-16, tax return filed 9/16

3.15.16 received funds from both sales Dumont and Michelline, deposit funds in Trust account.

sale of Dumont RE approved by order 2-16; closing scheduled for 3-10-16

sale of Michelline (martial residence) RE approved by order 3-2-16; closing scheduled for 3-11-16 but there are title
issues that might prevent closing.

settled with spouse's bankruptcy trustee so divorce can proceed, spouse gets claim to part of net proceeds of marital
residence.

6-4-15 order granting authority to operate the real estate business

turnover of Mercedes automobile obtained 4-15; car sold August 2015

8-14 all RE reviewed re equity + possible marketing,

August 2014 employed RE broker for Michelline house + 2 others; possession of house obtained 4-15 with significant
damage by Ds, other 2 parcels vacant and in bad condition

divorce pending re division of marital property, multiple parcels of RE.  converted to ch 7 in February 2014.

related to other spouse's bankruptcy case

repairs being made to Michelline house (October 2015)

Initial Projected Date of Final Report (TFR): 12/31/15          Current Projected Date of Final Report (TFR): 03/31/17

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 13-16654  -PSH |
| Case Name: | EFTEKHARY, ROYA |
| Taxpayer ID No: | *******8940 |
| For Period Ending: | 04/07/17 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8603  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/24/14 | 5 | DULCE ANAYA | APRIL RENT LONGBOAT LANE | 1122-000 | 1,395.00 | | 1,395.00 |
| 04/24/14 | 6 | IZABELA M. PIASKOWSKI | RENT | 1122-000 | 800.00 | | 2,195.00 |
| | | 122 WHITE PINE DR. | | | | | |
| | | SCHAUMBURG, IL 60193-1670 | | | | | |
| 04/24/14 | 6 | IZABELA M. PIASKOWSKI | RENT | 1122-000 | 400.00 | | 2,595.00 |
| | | 122 WHITE PINE DR. | | | | | |
| | | SCHAUMBURG, IL 60193-1670 | | | | | |
| 05/20/14 | 23 | SCOTT C. EDWARDS | rent for 1807 Marquette Ln | 1122-000 | 1,095.00 | | 3,690.00 |
| | | JOYCE E. EDWARDS | | | | | |
| | | 1807 Marquetter Ln | | | | | |
| | | Hoffman Estates, IL 60169 | | | | | |
| 06/02/14 | 23 | SCOTT AND JOYCE EDWARD | RENT 1807 MARQUETTE | 1122-000 | 547.50 | | 4,237.50 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,227.50 |
| 06/10/14 | 010001 | PPMI | Water Heater Longboat | 2420-000 | | 1,165.60 | 3,061.90 |
| | | 160 SYMPHONY WAY | 916 Longboat Schaumburg  Install on 6/6/14 | | | | |
| | | SUITE 400 | Invoice # 1343 | | | | |
| | | ELGIN, IL 60120 | | | | | |
| 06/16/14 | 23 | JOYCE EDWARDS | JUNE 1ST HALF RENT | 1122-000 | 547.50 | | 3,609.40 |
| | | 1807 MARQUETTE LN | | | | | |
| | | HOFFMAN ESTATE IL 60169 | | | | | |
| 06/26/14 | 5 | DULCE REYES | JUNE RENT | 1122-000 | 1,395.00 | | 5,004.40 |
| 07/07/14 | 23 | JOYCE EDWARDS | JUNE RENT | 1122-000 | 547.50 | | 5,551.90 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,541.90 |
| 07/16/14 | 010002 | ALLSTATE INS CO | Policies for 2 properties and Auto | 2420-000 | | 984.85 | 4,557.05 |
| | | 115 N ARLINGTON HEIGHTS RD | 1415 Michelline 602184513 | | | | |
| | | ARLINGTON HEIGHTS IL 60004 | 1811 Dumont 922643408 | | | | |
| | | | Auto Ins 912158077 | | | | |
| 07/17/14 | 5 | DULCE REYES | JULY RENT FOR LONGBOAT LANE | 1122-000 | 1,395.00 | | 5,952.05 |
| | | | Page Subtotals | | 8,122.50 | 2,170.45 | |

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-16654  -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | EFTEKHARY, ROYA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8603  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8940 | | |
| For Period Ending: | 04/07/17 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,942.05 |
| 08/15/14 | 5 | DULCE REYES | AUG RENT | 1122-000 | 1,395.00 | | 7,337.05 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,327.05 |
| 09/19/14 | 010003 | ALLSTATE INDEMNITY COMPANY P.O.BOX 4310 CAROL STREAM IL 60197-4310 | EFTEKHARY POLICIES PAYMENT FOR 3 POLICIES 602 184 513 Michelline 922 643 408 Dumont, 912 158 077 Vehicles, | 2420-000 | | 688.82 | 6,638.23 |
| 09/26/14 | 5 | DULCE REYES | 916 LONGBOAT | 1122-000 | 1,395.00 | | 8,033.23 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.61 | 8,022.62 |
| * 10/27/14 | 5 | DULCE REYES 916 LONGBOAT LANE SCHAUMBURG, IL 60194 | OCT RENT | 1122-003 | 1,395.00 | | 9,417.62 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.19 | 9,405.43 |
| 11/18/14 | 010004 | ALLSTATE INSURANCE CO PO BOX 4310 CAROL STREAM IL 601997-4310 | EFTEKHARY POLICIES 912 158 077  VEHICLES 922 643 408  DUMONT 602 184 513  MICHELLINE | 2420-000 | | 702.13 | 8,703.30 |
| 11/26/14 | 5 | DULCE REYES 916 LONGBOAT | NOV RENT | 1122-000 | 1,395.00 | | 10,098.30 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.52 | 10,086.78 |
| 12/10/14 | 010005 | ALLSTATE INDEMNITY CO PO BOX 4310 CAROL STREAM IL 60197-4310 | POLICIES PAYMENT 922 643 408 Dumont 602 184 513 Michelline 912150877 08 Mercedes B-E350 | 2420-000 | | 310.18 | 9,776.60 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.68 | 9,763.92 |
| 02/06/15 | | ALLSTATE PO BOX 4310 CAROL STREAM, IL 60197-4310 | MICHELLINE policy # 602 184 513 2 months | 2420-000 | | 253.16 | 9,510.76 |

Page Subtotals    5,580.00    2,021.29

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*    Ver: 19.07a

Page:   3

**Exhibit B**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 13-16654  -PSH | |
| Case Name: | EFTEKHARY, ROYA | |

Taxpayer ID No: *******8940
For Period Ending: 04/07/17

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******8603  Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/06/15 | | ALLSTATE<br>PO BOX 4310<br>CAROL STREAM IL 60197 | DUMONT<br>Policy # 922 643 408 | 2420-000 | | 906.50 | 8,604.26 |
| * 02/06/15 | 010006 | ALLSTATE<br>115 N ARLINGTON HEIGHTS<br>ARLINGTON HEIGHTS, IL 60004 | AUTO INSURANCE<br>Policy # 912158077<br>2 months | 2420-003 | | 292.70 | 8,311.56 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.31 | 8,300.25 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,290.25 |
| 03/20/15 | 010007 | ADAMS LEVINE<br>Attn: Maria Sponza<br>60 East 42nd Street Suite 965<br>New York, NY 10165-0965 | Bond Payments<br>BOND # 10BSBGR6291 | 2300-000 | | 9.37 | 8,280.88 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.23 | 8,270.65 |
| 04/09/15 | 010008 | NICOR GAS<br>PO BOX 5407<br>CAROL STREAM IL 60197-5407 | 1807 MARQUETTE<br>GAS BILL METTER # 2476922<br>ACCOUNT 00-24-068098 3 | 2420-000 | | 63.33 | 8,207.32 |
| * 04/20/15 | | ALLSTATE<br>PO BOX 4310<br>CAROL STREAM IL 60197 | MICHELLINE<br>policy # 602 184 513<br>2 months | 2420-003 | | 253.16 | 7,954.16 |
| * 04/20/15 | | ALLSTATE<br>PO BOX 4310<br>CAROL STREAM IL 60197 | DUMONT<br>POCILICY # 922 643 408 | 2420-003 | | 906.50 | 7,047.66 |
| * 04/22/15 | | ALLSTATE<br>PO BOX 4310<br>CAROL STREAM IL 60197 | MICHELLINE<br>WRONG AMOUNT | 2420-003 | | -253.16 | 7,300.82 |
| 04/22/15 | | ALLSATE | VEHICLES | 2420-000 | | 275.32 | 7,025.50 |
| * 04/22/15 | | ALLSTATE<br>PO BOX 4310<br>CAROL STREAM IL 60197 | DUMONT<br>WRONG AMOUNT | 2420-003 | | -906.50 | 7,932.00 |

Page Subtotals       0.00       1,578.76

LFORM24

Ver: 19.07a

Page: 4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-16654 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | EFTEKHARY, ROYA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8603  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8940 | | |
| For Period Ending: | 04/07/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/22/15 | | ALLSTATE<br>MICHELLINE<br>policy # 602 184 513<br>2 months | MICHELLINE<br>policy # 602 184 513<br>2 months | 2420-000 | | 1,231.24 | 6,700.76 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,690.76 |
| 05/13/15 | 010009 | NICOR GAS<br>PO BOX 5407<br>CAROL STREAM, IL 60197-5407 | UTILITY PAYMENT MARQUETTE<br>NICOR GAS ACC 00-24-06-8098 3 | 2420-000 | | 67.04 | 6,623.72 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,613.72 |
| * 06/10/15 | 5 | DULCE REYES<br>916 LONGBOAT LANE<br>SCHAUMBURG, IL 60194 | OCT RENT<br>Bounced Check from tenant | 1122-003 | -1,395.00 | | 5,218.72 |
| 06/10/15 | | Associated Bank | Return check fee on 11/17/2014 | 2600-000 | | 12.00 | 5,206.72 |
| 06/19/15 | 010010 | NICOR GAS<br>PO BOX 5407<br>CAROL STREAM IL 60197-5407 | ACC 00-24-06-8098 3<br>Marquette ln Service | 2420-000 | | 28.12 | 5,178.60 |
| 06/30/15 | | ALLSTATE | AUTO-VOL INSURANCE<br>Policy 000000912158077 | 2420-000 | | 269.04 | 4,909.56 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,899.56 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,889.56 |
| 08/21/15 | | ALLSTATE | AUTO VOL INSURANCE<br>Policy 000000912158077 | 2420-000 | | 134.52 | 4,755.04 |
| 08/21/15 | 010011 | NICOR GAS<br>PO BOX 5407<br>CAROL STREAM IL 60197-5407 | ACC 00-24-06-8098 3<br>Marquette ln Service | 2420-000 | | 28.58 | 4,726.46 |
| 09/02/15 | | ALLSTATE | AUTO VOL INSURANCE<br>AUGUST PAYMENT | 2420-000 | | 134.52 | 4,591.94 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,581.94 |
| 09/16/15 | 20 | AMERICAN AUCTION ASSOCIATES | 2088 MERCEDES SALE | 1129-000 | 14,000.00 | | 18,581.94 |
| 09/28/15 | 010012 | NICOR GAS | GAS PAYMENT-UTILITY | 2420-000 | | 24.27 | 18,557.67 |

| | | | Page Subtotals | | 12,605.00 | 1,979.33 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM24

Ver: 19.07a

Page: 5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 13-16654 -PSH |
| Case Name: | EFTEKHARY, ROYA |
| | |
| Taxpayer ID No: | *******8940 |
| For Period Ending: | 04/07/17 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8603  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/29/15 | 010013 | PO BOX 2020￼AURORA, IL 60507-2020￼PPMI￼ATTN: MARK CONWAY￼160 SYMPHONY WAY￼STE 400￼CHICAGO, IL 60120 | MARQUETTE SERVICE￼ACCOUNT # 00-24-06-8098 3￼CLEANOUT HOUSE￼2 FULL DUMPSTERS￼INVOICE # 2579 | 2420-000 | | 2,690.00 | 15,867.67 |
| 09/29/15 | 010014 | PPMI￼ATTN: MARK CONWAY￼160 SYMPHONY WAY￼STE 400￼CHICAGO, IL 60120 | LAWN CARE￼MOWING LAWN￼FROM 5/26/2015 THROUGH  8/6/2015￼INVOICES￼2547-2553-2569-2570-3035-3036-3037-3038-3116-3￼117-3118-3119-3120 | 2420-000 | | 960.00 | 14,907.67 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.66 | 14,891.01 |
| 10/20/15 | 010015 | NICOR GAS￼PO BOX 2020￼AURORA IL 60507-2020 | GAS PAYMENT-UTILITY￼MARQUETTE  9/3/15 TO 10/5/15 SERVICE￼ACCOUNT # 00-24-06-8098 3 | 2420-000 | | 26.51 | 14,864.50 |
| 10/20/15 | 010016 | VILLAGE OF HOFFMAN ESTATES￼1900 HASSELL ROAD￼HOFFMAN ESTATES, IL 60169-6308 | UTILITY PAYMENT￼ACC# 0211059030-09￼1807 MARQUETTE LN | 2420-000 | | 63.55 | 14,800.95 |
| 10/20/15 | 010017 | VILLAGE OF HOFFMAN ESTATES￼1900 HASSELL ROAD￼HOFFMAN ESTATES, IL 60169-6308 | UTILITY PAYMENT￼ACC#0133004011-00￼1415 MICHELLINE CT | 2420-000 | | 365.79 | 14,435.16 |
| 10/20/15 | 010018 | COMED￼PO BOX 6111￼CAROL STREAM IL 60197-6111 | UTILITY PAYMENT￼ACC# 3392834028￼1415 MICHELLINE CT | 2420-000 | | 1.10 | 14,434.06 |
| 10/20/15 | 010019 | AMERICAN AUCTION ASSOCIATES, INC￼508 WEST BRITTANY DRIVE￼ARLINGTON HEIGHTS, IL 60004 | SALE OF VEHICLE￼EXPENSES FOR 2008 MERCEDES BENZ E350 | 3610-000 | | 699.65 | 13,734.41 |
| 10/27/15 | 010020 | QCI RESTORATION | 1811 DUMONT EMERGENCY SERVICE | 2420-000 | | 500.00 | 13,234.41 |

| | | | | Page Subtotals | 0.00 | 5,323.26 |
|---|---|---|---|---|---|---|

LFORM24

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Ver: 19.07a

Page: 6

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 13-16654 -PSH |
| Case Name: | EFTEKHARY, ROYA |
| | |
| Taxpayer ID No: | *******8940 |
| For Period Ending: | 04/07/17 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8603 Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1155 BOWES ROAD | INVOICE # SI-10748 | | | | |
| | | ELGIN, IL 60123 | Technician After Hours | | | | |
| 10/30/15 | 010021 | COMED | ELECTRICITY BILL-MICHELLINE | 2420-000 | | 63.05 | 13,171.36 |
| | | PO BOX 6111 | ACC# 3392834028 | | | | |
| | | CAROL STREAM, IL 60197-6111 | | | | | |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.15 | 13,148.21 |
| 11/09/15 | 010022 | VILLAGE OF HOFFMAN ESTATES | WATER -UTILITY PAYMENT | 2420-000 | | 21.77 | 13,126.44 |
| | | 1900 HASSELL ROUD | ACC# 0133004011-00 | | | | |
| | | HOFFMAN ESTATES, IL 60169-6308 | 1415 MICHELLINE CT | | | | |
| 11/09/15 | 010023 | VILLAGE OF HOFFMAN ESTATES | WATER-UTILITY PAYMENT | 2420-000 | | 6.65 | 13,119.79 |
| | | 1900 HASSELL ROAD | ACC# 0211059030-09 | | | | |
| | | HOFFMAN ESTATES, IL 60169-6308 | 1807 MARQUETTE LN | | | | |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.90 | 13,100.89 |
| 12/16/15 | 010024 | COMED | ELECTRICITY BILL-MICHELLINE | 2420-000 | | 34.55 | 13,066.34 |
| | | PO BOC 6111 | ACC# 3392834028 | | | | |
| | | CAROL STREAM, IL 60197-6111 | | | | | |
| 12/16/15 | 010025 | NICOR GAS | GAS PAYMENT-UTILITY | 2420-000 | | 29.84 | 13,036.50 |
| | | PO BOX 5407 | MARQUETTE 11/4/15 TO 12/4/15 SERVICE | | | | |
| | | CAROL STREAM, IL 60197-5407 | ACCOUNT # 00-24-06-8098 3 | | | | |
| 12/16/15 | 010026 | VILLAGE OF HOFFMAN ESTATES | WATER UTILITY PAYMNET | 2420-000 | | 24.51 | 13,011.99 |
| | | 1900 HASSELL ROAD | ACC# 0133004011-00 | | | | |
| | | HOFFMAN ESTATES, IL 60169-6308 | 1415 MICHELLINE CT | | | | |
| 12/16/15 | 010027 | VILLAGE OF HOFFMAN ESTATES | WATER-UTILITY PAYMENT | 2420-000 | | 7.01 | 13,004.98 |
| | | 1900 HASSELL ROAD | ACC# 0211059030-09 | | | | |
| | | HOFFMAN ESTATES, IL 60169-6308 | 1807 MARQUETTE LN | | | | |
| * 12/22/15 | 010028 | COOK COUNTY COLLECTOR | ZONING COMPLIANCE | 4110-003 | | 100.00 | 12,904.98 |
| | | | 1807 Marquette Lane | | | | |
| 12/22/15 | 010029 | CHICAGO TITLE LAND TRUST COMPANY | 1807 MARQUETTE LANE | 2500-000 | | 620.00 | 12,284.98 |
| | | 10 SOUTH LASALLE ST. | 1807 MARQUETTE LANE | | | | |
| | | SUITE2750 | | | | | |

Page Subtotals          0.00          949.43

Ver: 19.07a

Page: 7

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 13-16654 -PSH |
| Case Name: | EFTEKHARY, ROYA |
| | |
| Taxpayer ID No: | *******8940 |
| For Period Ending: | 04/07/17 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8603  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60603 | | | | | |
| 01/05/16 | | GREATE ILLINOIS TITLE | ITEM 23 MARQUETTE SALE | | 42,807.32 | | 55,092.30 |
| | | FEES TO GIT | Memo Amount:     (     1,655.00 ) | 2500-000 | | | |
| | | | Title Insurance | | | | |
| | | TEAM REALTY | Memo Amount:     (     5,546.00 ) | 3510-000 | | | |
| | | | Commissin to @ Properties & keller | | | | |
| | | BARRINGTON SQUARE 5 CONDOMINIUM | Memo Amount:     (     5,310.79 ) | 2500-000 | | | |
| | | | Home Owners Association | | | | |
| | | CHARGES AND DEDUCTIONS | Memo Amount:     (     211.75 ) | 2500-000 | | | |
| | | | Charges and deductions | | | | |
| | | GATEWAY FEE | Memo Amount:     (     1,119.40 ) | 2500-000 | | | |
| | | | Gateway Fee | | | | |
| | | TO WELLS FARGO | Memo Amount:     (     28,964.38 ) | 4110-000 | | | |
| | | | Payoff Wells Fargo | | | | |
| | 23 | MARQUETTE SALE | Memo Amount:     86,600.00 | 1129-000 | | | |
| | | | MARQUETTE SALE | | | | |
| | | FEES TO GIT | Memo Amount:     (     985.36 ) | 2500-000 | | | |
| | | | FEES TO GIT | | | | |
| 01/08/16 | 010030 | ANDREW J MAXWELL | GATEWAY FEE | 2500-000 | | 1,119.40 | 53,972.90 |
| | | 105 W. ADAMS STREET | GIT FILE NO 40022689/CG | | | | |
| | | SUITE 3200 | | | | | |
| | | CHICAGO, IL 60603 | | | | | |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.40 | 53,953.50 |
| 01/15/16 | 010031 | COMED | ENERGY BILL-MICHELLINE DEC 2015 | 2420-000 | | 47.00 | 53,906.50 |
| | | PO BOX 6111 | ACC# 3392834028 | | | | |
| | | CAROL STREAM, IL 60197-6111 | | | | | |
| 01/15/16 | 010032 | VILLAGE OF HOFFMAN ESTATES | WATER UTILITY PAYMNET | 2420-000 | | 24.84 | 53,881.66 |
| | | 1900 HASSELL ROAD | ACC# 0133004011-00 | | | | |
| | | HOFFMAN ESTATES, IL 60169-6308 | 1415 MICHELLINE CT | | | | |
| | | | Page Subtotals | | 42,807.32 | 1,210.64 | |

Page: 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 13-16654 -PSH | |
| Case Name: | EFTEKHARY, ROYA | |
| Taxpayer ID No: | *******8940 | |
| For Period Ending: | 04/07/17 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8603  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/15/16 | 010033 | VILLAGE OF HOFFMAN ESTATES<br>1900 HASSELL ROAD<br>HOFFMAN ESTATES, IL 60169-6308 | WATER-UTILITY PAYMENT<br>ACC# 0211059030-09<br>1807 MARQUETTE LN | 2420-000 | | 7.34 | 53,874.32 |
| 01/22/16 | 010034 | NICOR GAS<br>PO BOX 5407<br>CAROL STREAM IL 60197-5407 | GAS DEC 2015 PAYMENT UTILITY<br>1415 MICHELLINE CT<br>ACCOUNT # 4490830 | 2420-000 | | 114.47 | 53,759.85 |
| 01/22/16 | 010035 | NICOR GAS<br>PO BOX 5407<br>CAROL STREAM IL 60197-5407 | GAS DEC 2015 PAYMENT<br>1807 MARQUETTE<br>ACCOUNT # 2476922 | 2420-000 | | 48.09 | 53,711.76 |
| 01/22/16 | 010036 | US MESSENGER & LOGISTICS, INC.<br>7790 QUINCY STREET<br>WILLOWBROOK, IL 60527 | 1807 MARQUETTE<br>PICK UP AND DELIVERY 12/29/15 | 2420-000 | | 20.25 | 53,691.51 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.73 | 53,618.78 |
| 02/16/16 | | ALLSTATE INSURANCE<br>115 N ARLINGTON HTS<br>ARLINGTON HTS, IL 60004<br>847-392-2400 | DUMONT HOME INSU.<br>POLICY # 000000922643408 | 2420-000 | | 161.21 | 53,457.57 |
| 02/16/16 | | ALLSTATE INSURANCE<br>115 N ARLINGTON HTS<br>ARLINGTON HTS, IL 60004<br>847-392-2400 | MICHELLINE HOME INSU<br>POLICY # 000000602184513 | 2420-000 | | 256.57 | 53,201.00 |
| * 02/19/16 | 010028 | COOK COUNTY COLLECTOR | ZONING COMPLIANCE<br>Void | 4110-003 | | -100.00 | 53,301.00 |
| 02/19/16 | 010037 | COMED<br>PO BOX 6111<br>CAROL STREAM, IL 60197-6111 | ENERGY BILL-MICHELLINE JAN 2016<br>ACC# 3392834028 | 2420-000 | | 55.83 | 53,245.17 |
| 02/19/16 | 010038 | NICOR GAS<br>PO BOX 5407<br>CAROL STREAM IL 60197-5407 | GAS JAN 2016 PAYMENT<br>1807 MARQUETTE<br>ACCOUNT # 2476922 | 2420-000 | | 54.52 | 53,190.65 |
| 02/19/16 | 010039 | NICOR GAS | GAS JAN 2016 PAYMENT UTILITY | 2420-000 | | 138.73 | 53,051.92 |

| | | | | Page Subtotals | 0.00 | 829.74 | |

Page:   9

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          13-16654  -PSH
Case Name:     EFTEKHARY, ROYA

Taxpayer ID No:   *******8940
For Period Ending:   04/07/17

Trustee Name:          ANDREW J. MAXWELL, TRUSTEE
Bank Name:              ASSOCIATED BANK
Account Number / CD #:       *******8603  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO BOX 5407 | 1415 MICHELLINE CT | | | | |
| | | CAROL STREAM IL 60197-5407 | ACCOUNT # 4490830 | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.39 | 52,977.53 |
| 03/09/16 | 010040 | CHICAGO TITLE LAND TRUST COMPANY | MICHELLINE & DUMONT | 2500-000 | | 475.00 | 52,502.53 |
| | | 10 S LASALLE ST | Trust No 8002349105 | | | | |
| | | SUITE 2750 | | | | | |
| | | CHICAGO IL 60603 | | | | | |
| 03/15/16 | | GREATER ILLINOIS TITLE COMPANY | ITEM 24 1415 MICHELLINE SALE | | 215,952.09 | | 268,454.62 |
| | | 120 N LASSALLE ST SUITE 900 | | | | | |
| | | CHICAGO, IL 60602 | | | | | |
| | | COUNTY PROPERTY TAXES | Memo Amount:    (     8,058.35 ) | 2820-000 | | | |
| | | | COUNTY PROPERTY TAXES | | | | |
| | | TI FOR SOLD TAXES TO GIT | Memo Amount:    (    50,970.00 ) | 2820-000 | | | |
| | | | TI FOR SOLD TAXES TO GIT | | | | |
| | | SETTLEMENT CHARGES | Memo Amount:    (     2,575.00 ) | 2500-000 | | | |
| | | | TITLE CHARGES | | | | |
| | | REALTOR COMMISSION | Memo Amount:    (    21,300.00 ) | 3510-000 | | | |
| | | | COMMISSION | | | | |
| | | GOV TRANSFER CHARGES | Memo Amount:    (     1,597.50 ) | 2500-000 | | | |
| | | | GOV TRANSFER CHARGES | | | | |
| | | MISCELLANEOUS | Memo Amount:    (       747.06 ) | 2500-000 | | | |
| | | | MISCELLANEOUS | | | | |
| | | ITASCA BANK & TRUST CO | Memo Amount:    (    38,800.00 ) | 2420-000 | | | |
| | | | PAYOFF ADMIN ADVANCE TO ITASCA | | | | |
| | 24 | 1415 MICHELLINE | Memo Amount:      355,000.00 | 1229-000 | | | |
| | | | 1415 MICHELLINE | | | | |
| | | ASSIGNED BY DEBTOR TO ITASCA | Memo Amount:    (    15,000.00 ) | 8100-000 | | | |
| | | | EXEMPTIONS FOR HOMESTEAD CODE | | | | |
| 03/15/16 | | GREATER ILLINOIS TITLE COMPANY | ITEM 22 1811 DUMONT SALE | | 46,500.05 | | 314,954.67 |

Page Subtotals          262,452.14          549.39

LFORM24

Ver: 19.07a

Page: 10

**Exhibit B**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 13-16654 -PSH |
| Case Name: | EFTEKHARY, ROYA |
| | |
| Taxpayer ID No: | *******8940 |
| For Period Ending: | 04/07/17 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8603  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 120 N LASALLE SUITE 900 | | | | | |
| | | CHICAGO, IL 60602 | | | | | |
| | 22 | DUMONT SALE | Memo Amount: 108,551.00 | 1129-000 | | | |
| | | | DUMONT SALE | | | | |
| | | WELLS FARGO BANK N.A. | Memo Amount: ( 42,670.04 ) | 4120-000 | | | |
| | | | PAYOFF WELLS FARGO | | | | |
| | | REALTOR COMMISSION | Memo Amount: ( 6,513.06 ) | 3510-000 | | | |
| | | | REALTOR COMMISSION | | | | |
| | | PASS DUE ASSOCIATION TO SHEFFIELD | Memo Amount: ( 7,842.20 ) | 6920-000 | | | |
| | | | PASS DUE ASSOCIATION TO SHEFFIELD | | | | |
| | | TAX PRORATIONS | Memo Amount: ( 2,055.88 ) | 4700-000 | | | |
| | | | TAX PRORATIONS | | | | |
| | | TITLE INS | Memo Amount: ( 1,748.00 ) | 6920-000 | | | |
| | | | TITLE INSURANCE | | | | |
| | | MISCELLANEOUS | Memo Amount: 1,221.77 ) | 2500-000 | | | |
| | | | MISCELLANEOUS | | | | |
| * 03/22/16 | | ALLSTATE INSURANCE | INSURANCE HOME CREDIT | 2420-003 | 12.60 | | 314,967.27 |
| * 03/22/16 | | ALLSTATE INS. CREDIT | ALLSTATE INSURANCE CREDIT | 2420-003 | 23.27 | | 314,990.54 |
| 03/23/16 | 010041 | PPMI | DUMONT MAINTENANCE | 2420-000 | | 118.65 | 314,871.89 |
| | | 160 SYMPHONY WAY | INVOICE 2561 | | | | |
| | | STE 400 | | | | | |
| | | ELGIN IL 60120 | | | | | |
| 03/25/16 | 010042 | NICOR GAS | UTILITIES FOR MICHELLINE | 2420-000 | | 139.28 | 314,732.61 |
| | | PO BOX 5407 | 27-80-64-3969 4 | | | | |
| | | CAROL STREAM, IL 60197-5407 | | | | | |
| 03/25/16 | 010043 | COMED | ENERGY BILL-MICHELLINE FINAL | 2420-000 | | 66.50 | 314,666.11 |
| | | PO BOX 6111 | ACC# 3392834028 | | | | |
| | | CAROL STREAM, IL 60197-6111 | | | | | |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 292.19 | 314,373.92 |

| | | | Page Subtotals | 35.87 | 616.62 | |
|---|---|---|---|---|---|---|

Ver: 19.07a

FORM 2

Page:    11

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:         13-16654  -PSH                      Trustee Name:           ANDREW J. MAXWELL, TRUSTEE
Case Name:       EFTEKHARY, ROYA                     Bank Name:              ASSOCIATED BANK
                                                     Account Number / CD #:  *******8603  Checking Account (Non-Interest Earn

Taxpayer ID No:  *******8940
For Period Ending: 04/07/17                          Blanket Bond (per case limit):  $  5,000,000.00
                                                     Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/12/16 | 010044 | ARTHUR B. LEVINE COMPANY<br>370 LEXINGTON AVE<br>SUITE 1101<br>NEW YORK, NY 10017 | Bond Blanquet<br>Bond # 10BSBGR6291 | 2300-000 | | 7.57 | 314,366.35 |
| 04/20/16 | | VILLAGE OF HOFFMAN ESTATES<br>1900 HASSELL RD<br>HOFFMAN ESTATES IL 60169 | OVER PAYMENT MARQUETTE | 2420-000 | | -7.34 | 314,373.69 |
| 04/27/16 | 010045 | Barry A. Chatz, Trustee H. Fatoorehchi<br>case No 13-46203<br>53 West Jackson Boulevard<br>Suite 1442<br>Chicago, IL 60604 | Full payment of claim<br>per o/c 2/18/2016 | 4110-000 | | 104,209.95 | 210,163.74 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 452.27 | 209,711.47 |
| 06/10/16 | 24 | GIT<br>120 N LASALLE STREET<br>SUITE 900<br>CHICAGO, IL 60602 | Proceeds of Micheline | 1229-000 | 1,422.98 | | 211,134.45 |
| * 07/19/16 | 23 | ALLSTATE | WIRE TRANSFER (CREDIT) | 2420-003 | 12.60 | | 211,147.05 |
| * 07/19/16 | 23 | ALLSTATE | WIRE TRANSFER (CREDIT) | 2420-003 | 23.27 | | 211,170.32 |
| * 07/19/16 | | Reverses Adjustment IN on 03/22/16 | INSURANCE HOME CREDIT<br>(ERROR)NOT ADJUSTMENT<br>WIRE DEPOSIT | 2420-003 | -12.60 | | 211,157.72 |
| * 07/19/16 | | Reverses Adjustment IN on 03/22/16 | ALLSTATE INSURANCE CREDIT<br>(ERROR) NOT ADJUSTMENT<br>WIRE DEPOSIT | 2420-003 | -23.27 | | 211,134.45 |
| * 08/17/16 | 23 | ALLSTATE | WIRE TRANSFER (CREDIT)<br>Per UST, creating a negative disbursement<br>transaction. | 2420-003 | -12.60 | | 211,121.85 |
| * 08/17/16 | 23 | ALLSTATE | WIRE TRANSFER (CREDIT)<br>Per UST, creating a negative disbursement | 2420-003 | -23.27 | | 211,098.58 |

Page Subtotals          1,387.11          104,662.45

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 16)*                                                    Ver: 19.07a

Page:   12

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 13-16654  -PSH |
| Case Name: | EFTEKHARY, ROYA |
| | |
| Taxpayer ID No: | *******8940 |
| For Period Ending: | 04/07/17 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8603  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | transaction. | | | | |
| 08/17/16 | | Allstate | Allstate Insurance Credit | 2420-000 | | -12.60 | 211,111.18 |
| 08/17/16 | | Allstate | Allstate Insurance Credit | 2420-000 | | -23.27 | 211,134.45 |
| 08/19/16 | 010046 | CIRCUIT COURT OF COOK COUNTY | APPEARANCE FEE | 2420-000 | | 228.00 | 210,906.45 |
| 08/31/16 | 3 | Dorothy Brown | 2020 Carling Surplus Forclosure | 1129-000 | 5,657.51 | | 216,563.96 |
| | | Circuit Court of Cook County | | | | | |
| | | Real Estate Esc Estate Surplus Funds | | | | | |
| | | Daley Center IL Room 1005 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/11/17 | 010047 | Roya Eftekhary | CAR EXEMPTION | 8100-000 | | 2,400.00 | 214,163.96 |
| | | 2020 Carling Road | | | | | |
| | | Hoffman Estates, IL 60169 | | | | | |
| 04/06/17 | | ALLSTATE | MICHELLINE | 2420-000 | | 292.70 | 213,871.26 |
| | | PO BOX 4310 | Policy # 912158077 | | | | |
| | | CAROL STREAM, IL 60197-4310 | 2 months | | | | |
| | | | wire out made back in 1.16.15. I created a check by | | | | |
| | | | error 2.06.15. Entry has been reversed and created this | | | | |
| | | | wire out today. | | | | |
| * 04/06/17 | 010006 | ALLSTATE | AUTO INSURANCE | 2420-003 | | -292.70 | 214,163.96 |
| | | 115 N ARLINGTON HEIGHTS | This was a wire out transaction instead of a check | | | | |
| | | ARLINGTON HEIGHTS, IL 60004 | | | | | |

|  | Page Subtotals | 5,657.51 | 2,592.13 |
|---|---|---|---|

Ver: 19.07a

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   13

Exhibit B

Case No:        13-16654  -PSH
Case Name:      EFTEKHARY, ROYA

Taxpayer ID No:  *******8940
For Period Ending:  04/07/17

Trustee Name:         ANDREW J. MAXWELL, TRUSTEE
Bank Name:            ASSOCIATED BANK
Account Number / CD #:  *******8603  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Memo Allocation Receipts: | 550,151.00 | COLUMN TOTALS | | 338,647.45 | 124,483.49 | 214,163.96 |
| | Memo Allocation Disbursements: | 244,891.54 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 338,647.45 | 124,483.49 | |
| | Memo Allocation Net: | 305,259.46 | Less:  Payments to Debtors | | | 2,400.00 | |
| | | | Net | | 338,647.45 | 122,083.49 | |

| | | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 550,151.00 | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 244,891.54 | | Checking Account (Non-Interest Earn - *******8603 | 338,647.45 | 122,083.49 | 214,163.96 |
| | | | | -------------------- | -------------------- | -------------------- |
| Total Memo Allocation Net: | 305,259.46 | | | 338,647.45 | 122,083.49 | 214,163.96 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 18)*

Ver: 19.07a

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number:   13-16654
Debtor Name:   EFTEKHARY, ROYA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007 050 4120-00 | Wells Fargo Bank N.A. 4101 Wiseman Blvd MAC#T7416-023 San Antonio, TX 78251 | Secured | | $0.00 | $30,810.10 | $0.00 |
| 000008A 050 4110-00 | Itasca Bank & Trust Co 308 W Irving Park Rd Itasca, IL 60143 | Secured | (8-1) Judgment(8-2) Judgment and mortgages (8-1) modified on 716/2013 to correct creditor address (MMR)(8-2) Modified on 11/7/2013 to correct creditors address and correct secured claimed (OZ) | $0.00 | $38,800.00 | $38,800.00 |
| | | | 2223278603      03/15/16      40 | | 38,800.00 | |
| 000009 050 4110-00 | Wells Fargo Bank, N.A. 4101 Wiseman Boulevard Attn: BK Dept. Mac#T7416-023 San Antonio, Texas 78251 Phone# 866-259-7728 Email: wmsabksupport@wellsfargo.com | Secured | | $0.00 | $23,885.09 | $28,964.38 |
| | | | 2223278603      01/05/16      35 | | 28,964.38 | |
| 000010 050 4110-00 | The Bank of New York Mellon c/o America's Servicing Company Attn: BK Department - MAC #D3347-014 3476 Stateview Blvd. Fort Mill, SC 29715 | Secured | (10-1) Modified to Correct Creditor's Address (07/19/2013) TRM | $0.00 | $192,473.97 | $0.00 |
| 000011 050 4110-00 | Wells Fargo Bank, NA c/o Wells Fargo Home Mortgage Attn: BK Department - MAC #D3347-014 3476 Stateview Blvd. Fort Mill, SC 29715 | Secured | (11-1) Modified to Correct Creditor's Address (07/24/2013) TRM | $0.00 | $63,423.19 | $0.00 |
| 000012 050 4120-00 | U.S. Bank National Association, as Trustee Bank of America, N.A.-LaSalle Bank, N.A c/o Select Portfolio Servicing, Inc. 3815 South West Temple Salt Lake City, UT 84115 | Secured | (12-1) Modified to Correct Creditor's Address (07/24/2013) TRM | $0.00 | $400,316.05 | $0.00 |
| 000013 050 4700-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Secured | | $0.00 | $731.08 | $731.08 |
| 000015 050 4110-00 | Barry A. Chatz, Chapter 7 Tr 13-46203 c/o Gregory K. Stern, Esq. 53 West Jackson Boulevard Suite 1442 Chicago, IL 60604 | Secured | | $0.00 | $0.00 | $104,209.95 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2                                                                              Date: April 07, 2017

Case Number:   13-16654                          Claim Class Sequence
Debtor Name:   EFTEKHARY, ROYA

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 36-3557951 | Administrative | | $0.00 | $31,556.95 | $31,556.95 |
| 001 3110-00 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 37-1501169 | Administrative | | $0.00 | $54,333.78 | $54,333.78 |
| 001 3410-00 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $4,819.50 | $4,819.50 |
| 000014A 001 2950-00 | Office of the U.S. Trustee<br><B>(ADMINISTRATIVE)</B><br>219 S Dearborn St. Room 873<br>Chicago, IL 60604 | Administrative | | $0.00 | $975.00 | $975.00 |
| 000017A 002 6210-16 | Forrest L. Ingram<br><B>(ADMINISTRATIVE)</B><br>Forrest L. Ingram, P.C.<br>79 W. Monroe St., Suite 1007<br>Chicago, IL 60603 | Administrative | (17-1) Administrative<br>Priority<br>(17-1) Fees awarded to chapter 11 counsel for services prior to conversion | $0.00 | $32,195.18 | $32,195.18 |
| BOND 999 2300-00 | ADAMS LEVINE<br>Attn: Maria Sponza<br>60 East 42nd Street Suite 965<br>New York, NY 10165-0965 | Administrative<br>Bond Payments<br>BOND # 10BSBGR6291 | | $0.00 | $16.94 | $16.94 |
| | | | 2223278603    03/20/15    10007 | | 9.37 | |
| | | | 2223278603    04/12/16    10044 | | 7.57 | |
| 000001 050 7100-00 | Wells Fargo Bank NA<br>Berton J Maley<br>Codilis & Associates PC<br>15W030 North Frontage Road Suite 100<br>Burr Ridge, IL 60527 | Unsecured | | $0.00 | $1,403.41 | $1,403.41 |
| 000002 050 7100-00 | Department Stores National<br>Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040 | Unsecured | (2-1) Credit Card | $0.00 | $2,729.66 | $2,729.66 |
| 000003 050 7100-00 | Wells Fargo Bank, N.A.<br>4101 Wiseman Boulevard<br>Attn: BK Dept. Mac#T7416-023<br>San Antonio, Texas 78251<br>Phone# 866-259-7728<br>Email:<br>wmsabksupport@wellsfargo.com | Unsecured | | $0.00 | $115,253.10 | $0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 3                                                          Date: April 07, 2017

| Case Number: | 13-16654 | | Claim Class Sequence | | | | |
| Debtor Name: | EFTEKHARY, ROYA | | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000004 050 7100-00 | Wells Fargo Bank, N.A. 4101 Wiseman Boulevard Attn: BK Dept. Mac#T7416-023 San Antonio, Texas 78251 Phone# 866-259-7728 Email: wmsabksupport@wellsfargo.com | Unsecured | | $0.00 | $77,944.34 | $0.00 |
| 000005 050 7100-00 | Wells Fargo Bank, NA 1 Home Campus MAC X2303-01A Des Moines, IA 50328 | Unsecured (5-1) Real Estate | | $0.00 | $33,211.51 | $33,211.51 |
| 000006 050 7100-00 | Schiller DuCanto & Fleck Elizabeth A Bates Springer Brown, LLC 400 S County Farm Road, Suite 330 Wheaton, IL 60154 | Unsecured (6-1) Attorney's fees (6-1) Modified on 6/20/2013 to correct creditors address (OZ) | | $0.00 | $89,470.47 | $75,627.61 |
| 000008B 050 8100-00 | Itasca Bank & Trust Co 308 W Irving Park Rd Itasca, IL 60143 | Unsecured (8-1) Judgment(8-2) Judgment and mortgages (8-1) modified on 716/2013 to correct creditor address (MMR)(8-2) Modified on 11/7/2013 to correct creditors address and correct secured claimed (OZ) 2223278603  03/15/16  50   15,000.00 | | $0.00 | $15,000.00 | $15,000.00 |
| 000016 050 7100-00 | Sarah's Grove Townhome Association c/o Kovitz Shifrin Nesbit 750 W Lake Cook Rd., Suite 350 Buffalo Grove, IL 60089 | Unsecured (16-1) Association Assessments, Fees and Costs (16-1) Modified on 4/29/14 to correct creditor address (GB). | | $0.00 | $2,147.50 | $0.00 |
| 000018 050 7100-00 | Itasca Bank & Trust Co. c/o Rich Fimoff 180 N. LaSalle St. Suite 3300 Chicago, IL 60601 | Unsecured (18-1) Judgment (18-1) Modified on 11/23/2016 to correct claim #18 is entered as claim #8 (cg) | | $0.00 | $460,234.62 | $460,234.62 |
| | Case Totals: | | | $0.00 | $1,671,731.44 | $884,809.57 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-16654 PSH
Case Name: EFTEKHARY, ROYA
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand                                    $        214,163.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000007 | Wells Fargo Bank N.A. | $ 30,810.10 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008A | Itasca Bank & Trust Co | $ 38,800.00 | $ 38,800.00 | $ 38,800.00 | $ 0.00 |
| 000009 | Wells Fargo Bank, N.A. | $ 23,885.09 | $ 28,964.38 | $ 28,964.38 | $ 0.00 |
| 000010 | The Bank of New York Mellon | $ 192,473.97 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000011 | Wells Fargo Bank, NA | $ 63,423.19 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000012 | U.S. Bank National Association, as | $ 400,316.05 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000013 | Illinois Department of Revenue | $ 731.08 | $ 731.08 | $ 0.00 | $ 731.08 |
| 000015 | Barry A. Chatz, Chapter 7 Tr 13-46203 | $ 0.00 | $ 104,209.95 | $ 104,209.95 | $ 0.00 |

Total to be paid to secured creditors          $            731.08

Remaining Balance                              $        213,432.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 31,556.95 | $ 0.00 | $ 31,556.95 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 53,445.00 | $ 0.00 | $ 53,445.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 888.78 | $ 0.00 | $ 888.78 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ 4,819.50 | $ 0.00 | $ 4,819.50 |
| Fees: Office of the U.S. Trustee | $ 975.00 | $ 0.00 | $ 975.00 |
| Other: ADAMS LEVINE | $ 16.94 | $ 16.94 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 91,685.23

Remaining Balance $ 121,747.65

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Forrest L. Ingram | $ 32,195.18 | $ 0.00 | $ 32,195.18 |

Total to be paid for prior chapter administrative expenses $ 32,195.18

Remaining Balance $ 89,552.47

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 573,206.81  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  15.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Wells Fargo Bank NA | $        1,403.41 | $        0.00 | $        219.26 |
| 000002 | Department Stores National Bank/Macy's | $        2,729.66 | $        0.00 | $        426.46 |
| 000003 | Wells Fargo Bank, N.A. | $        0.00 | $        0.00 | $        0.00 |
| 000004 | Wells Fargo Bank, N.A. | $        0.00 | $        0.00 | $        0.00 |
| 000005 | Wells Fargo Bank, NA | $        33,211.51 | $        0.00 | $        5,188.65 |
| 000006 | Schiller DuCanto & Fleck | $        75,627.61 | $        0.00 | $        11,815.35 |
| 000016 | Sarah's Grove Townhome Association | $        0.00 | $        0.00 | $        0.00 |
| 000018 | Itasca Bank & Trust Co. | $        460,234.62 | $        0.00 | $        71,902.75 |

Total to be paid to timely general unsecured creditors            $            89,552.47

Remaining Balance            $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE