Invoice No. 29270



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Roya Eftekhary  (13-16654)
- c/o Andrew J. Maxwell, Trustee
- Maxwell Law Group LLC
- 20 N. Clark St., Suite 200
- Chicago, IL 60602

**Date:** November 16, 2016    **Account No.:** MAX1056L

For Professional Services Rendered:

For accounting and tax services rendered for the period July 1, 2016 through July 25, 2016 including preparation of federal and state fiduciary income tax returns for the years ended December 31, 2014, December 31, 2015 and final period ended June 30, 2016 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. West | Bankruptcy Specialist | 18.9 | $255. | $ 4,819.50 |
| | Total due: | 18.9 | | $ 4,819.50 |

**ESTATE OF ROYA EFTEKHARY (13-16654)**

Time Sort by Date

**ACCOUNTING & TAX SERVICES**

| Date | Description | Time | Professional | Rate | Amount |
|---|---|---|---|---|---|
| 7/1/2016 | Tax Return Preparation - Review trustee's cash activity - set up workpapers to summarize rental income and expense activity by property. Draft email to trustee re: cost basis in properties sold. Review Cook County Recorder of Deed web site for basis information. | 2.8 | L. West | $255 | 714.00 |
| 7/18/2016 . | Tax Return Preparation - Prepare workpapers for years ended 12/31/14, 12/31/15 and 6/30/16. Calculate gain / loss on sale of Hoffman Estates property, Schaumburg property and 50% interest in Michilline property. Additional work on summarizing rental actives by property by year. | 6.4 | L. West | $255 | 1,632.00 |
| 7/19/2016 | Tax Return Preparation - Prepare federal and state fiduciary income tax returns for year ended 12/31/14, 12/31/15 and 6/30/16 - forms 1041/1040 and IL-1041/IL-1040. Prepare Schedule E for rental activity and Schedule D and forms 4797 to reflect sale of rental property. | 6.8 | L. West | $255 | 1,734.00 |
| 7/20/2016 | Tax Return Preparation - Finalize returns for 2014, 2015 and 2016 - make manual changes as required and draft statement for attachment to returns re: bankruptcy filing. Prepare transmittal letter, 505(b) letters and form 8821 and IL-2848. | 2.5 | L. West | $255 | 637.50 |
| 7/25/2016 | Tax Review - Final review - check assembly and sign returns for years ended 12/31/14, 12/31/15 and final year ended 6/30/16 - forms 1041/1040 and IL-1041/IL-1040. | 0.4 | L. West | $255 | 102.00 |
| | Total | 18.9 | | | 4,819.50 |

1