IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROYA EFTEKHARY, | ) | No. 13-16654-PSH |
| | ) | Hon. Pamela S. Hollis |
| | ) | Chapter 7 |
| Debtor. | ) | |

CERTIFICATE OF SERVICE

    The undersigned attorney certifies that (s) he caused a copy of the foregoing Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon the United States Trustee, Debtor's attorney, and any others having registered, pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants, and on other parties specifically indicated on the service list by depositing same in the United States Mail, postage prepaid, on or before April 11, 2017.

    */s/ Andrew J. Maxwell*

Andrew J. Maxwell (ARDC #1799150)
**Maxwell Law Group, LLC**
20 N. Clark Street, Suite 200
Chicago, IL 60602
312/368-1138

## SERVICE LIST
## NOTICE BY MAIL
Sarah's Grove Townhome Association c/o Kovitz Shifrin Nesbit 750 W Lake Cook Rd., Suite 350 Buffalo Grove, IL 60089-2088
Illinois Department of Revenue P.O. Box 19006 Springfield, IL 62794-9006
Chicago Title Land Trust Company 10 South LaSalle Street, Suite 2750 Chicago, Illinois 60603

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

```
tr +EDI: QAJMAXWELL.COM Apr 04 2014 00:08:00 Andrew J Maxwell, ESQ, Maxwell & Potts, LLC,
105 West Adams Street, Suite 3200, Chicago, IL 60603-6209
20491870 EDI: CAPITALONE.COM Apr 04 2014 00:08:00 Capital One, PO Box 5294,
Carol Stream, IL 60197-5294
21665543 EDI: CAPITALONE.COM Apr 04 2014 00:08:00 Capital One, P.O Box 6492,
Carol Stream, IL 60197-6492
20367463 +EDI: CHASE.COM Apr 04 2014 00:08:00 Card Member Services, P.O. Box 15153,
Wilmington, DE 19886-5153
20433604 +EDI: TSYS2.COM Apr 04 2014 00:08:00 Department Stores National Bank/Macy's,
Bankruptcy Processing, Po Box 8053, Mason, OH 45040-8053
20367472 EDI: TSYS2.COM Apr 04 2014 00:08:00 Macy's, P.O. Box 183083, Columbus, OH 43218-3083
21611132 +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Apr 04 2014 00:22:48 Office of the U.S.
Trustee,
219 S Dearborn St. Room 873, Chicago, IL 60604-2027
20367477 +EDI: WFFC.COM Apr 04 2014 00:08:00 Wells Fargo, P.O. Box 94498, Las Vegas, NV 89193-
4498
20588005 +EDI: WFFC.COM Apr 04 2014 00:08:00 Wells Fargo Bank, NA, 1 Home Campus, MAC X2303-01A,
Des Moines, IA 50328-0001
20400220 +EDI: WFFC.COM Apr 04 2014 00:08:00 Wells Fargo Bank, NA, c/o Wells Fargo Home Mortgage,
Attn: BK Department - MAC #D3347-014, 3476 Stateview Blvd., Fort Mill, SC 29715-7203
20733169* +Wells Fargo Bank, N.A., 4101 Wiseman Boulevard, Attn: BK Dept. Mac#T7416-023,
San Antonio, Texas 78251-4200, Phone# 866-259-7728, Email: wmsabksupport@wellsfargo.com
20472603* +Wells Fargo Bank, N.A., C/O, Pierce & Associates, 1 N. Dearborn Ste 1300,
Chicago, IL 60602-4373
20524762* +Wells Fargo Bank, N.A., C/O, Pierce & Associates, 1 N. Dearborn Ste 1300,
Chicago, IL 60602-4373
```

## CM/ECF NOTICE OF ELECTRONIC FILING
Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
Andrew J Nelson on behalf of Creditor Wells Fargo Bank, NA anelson@atty-pierce.com,
northerndistrict@atty-pierce.com
Elizabeth A. Bates on behalf of Creditor Schiller, DuCanto & Fleck, LLP
ebates@springerbrown.com, jkrafcisin@springerbrown.com;iprice@springerbrown.com
Forrest L Ingram on behalf of Debtor Roya Eftekhary fingram@fingramlaw.com,
azadrozny@fingramlaw.com
Gregory K Stern on behalf of Creditor Barry A Chatz gstern1@flash.net,
steve_horvath@ilnb.uscourts.gov
Helena Milman on behalf of Debtor Roya Eftekhary hmilman@elanlawgroup.com,
hmilman@pacernotice.com
Jennifer L. Barton on behalf of Creditor Itasca Bank & Trust Company jbarton@rsplaw.com
Jessica S Naples on behalf of Creditor Wells Fargo Bank, NA ND-Two@il.cslegal.com
Joel P Fonferko on behalf of Creditor U.S. Bank National Association, as Trustee, successor
in interest to Bank of America, National Association as Trustee as successor by merger to
LaSalle Bank National Association, as Trustee for Certif ND-One@il.cslegal.com
Joel P Fonferko on behalf of Creditor Wells Fargo Bank, NA ND-One@il.cslegal.com
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
Peter C Bastianen on behalf of Creditor THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK NA AS TRUSTEE FOR BEAR STEARNS ASSET BACKED
SECURITIES TRUST 2003-AC4, ASSET BACKED CERTIFICATES ND-Four@il.cslegal.com
Peter C Bastianen on behalf of Creditor U.S. Bank National Association, as Trustee, successor
in interest to Bank of America, National Association as trustee as successor by merger to
LaSalle Bank National Association, as Trustee for Certif ND-Four@il.cslegal.com
Peter C Bastianen on behalf of Creditor The Bank of New York Mellon, f/k/a The Bank of New
York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset
Backed Securities Trust 2003-AC4, Asset-Backed Certificate ND-Four@il.cslegal.com
Richard H Fimoff on behalf of Creditor Itasca Bank & Trust Company rfimoff@rsplaw.com,
fb@rsplaw.com;dlamar@rsplaw.com
Steven M Dallas on behalf of Creditor Itasca Bank & Trust Company stevend@rfd-law.com
Toni Dillon on behalf of Creditor WELLS FARGO BANK, N.A. as successor by merger to Wachovia